Kody L. Condos, #17186
Steven W. Suflas, #18151
Kalin C. Godwin, #19545
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
KLCondos@hollandhart.com
SWSuflas@hollandhart.com
KCGodwin@hollandhart.com
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GRAE MOORE,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST-CITIZENS BANK & TRUST COMPANY,<br><br>Defendant. | **DEFENDANT'S SECOND MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Civil No. 2:26-cv-00365-CMR<br><br>Magistrate Cecilia M. Romero |

Defendant First-Citizens Bank & Trust Company ("Defendant"), by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) for a fourteen (14) day extension of time to answer, or otherwise respond to, Plaintiff's Complaint. In support thereof, Defendant states as follows:

1. Plaintiff Grae Moore filed the Complaint in this action on May 1, 2026.

2. Defendant was served on July 22, 2026. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), and this Court's prior Order granting Defendant's first Motion to Extend Time, Defendant's answer or responsive pleading is currently due on August 26, 2026.

3. Good cause exists for this extension. Following service, Defendant identified an arbitration agreement clause in a contract between the parties that requires this dispute to be resolved through arbitration rather than litigation in this Court. Defendant's counsel has made multiple attempts to reach Plaintiff – who is proceeding *pro se* – to discuss a possible stipulated dismissal in light of the arbitration agreement. Despite these efforts, Plaintiff has been unresponsive to Defendant's communications. Defendant requires additional time to prepare its responsive pleading, which may include a motion to compel arbitration.

4. Defendant respectfully requests a fourteen (14) day extension of time, making September 9, 2026 the new deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint.

5. This motion satisfies the requirements of FRCP 6(b)(1)(A) because good cause exists for the extension, as set forth above, and because this motion is filed before the current deadline for a response expires.

6. In compliance with DUCivR 7-1(e)(2), a proposed order is also filed herewith.

**WHEREFORE**, Defendant respectfully requests that this Court enter an order extending Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint by fourteen (14) days, making the new deadline be September 9, 2026.

Dated August 25, 2026.

HOLLAND & HART LLP

/s/ *Steven W. Suflas*
Steven W. Suflas
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2026, I electronically filed the foregoing **Defendant's Second Motion to Extend Time to Respond to Complaint** with the Clerk of the Court using the CM/ECF system which will send notification to all filers of record.

Grae Moore, Pro Se Plaintiff
1342 Maplewood Drive
Murray, UT 84121
graedavidmoore@gmail.com

*/s/ Joyce Button*

39193268_v1