**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GRAE MOORE,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST-CITIZENS BANK & TRUST COMPANY,<br><br>Defendant. | **ORDER GRANTING DEFENDANT'S SECOND MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Civil No. 2:26-cv-00365-CMR<br><br>Chief Magistrate Judge Cecilia M. Romero |

Having considered Defendant First-Citizens Bank & Trust Company's Second Motion to Extend Time (Motion) (ECF 11) to respond to Complaint (ECF 1), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is extended by fourteen (14) days, with a response deadline of September 9, 2026.

DATED this 26 August 2026.

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah